# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 5:21-CR-00174-JWH  Recorder: Terri Hourigan  Date: 08/13/2021

Present: The Honorable Kenly Kiya Kato, U.S. Magistrate Judge

Court Clerk: Donnisha Brown  Assistant U.S. Attorney: Sean Peterson

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| Richard Allen Kerr<br>    Custody | Carlos Juarez, CJA<br>    Appointed | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge John W. Holcomb.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 10/4/2021 at 9:00 AM
    Status Conference 9/17/2021 at 2:00 PM
    Motion Hearing 9/17/2021 at 2:00 PM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Trial estimate: 4 days.

Judge Holcomb is located in Courtroom 2 - 2nd Floor in the Riverside Courthouse. Counsel are ordered to contact the courtroom deputy clerk regarding the setting of dates for the guilty plea and all further proceedings.

PIA: 00 : 03
Initials of Deputy Clerk: dsb

CR-85 (09/12)  CRIMINAL MINUTES - ARRAIGNMENT  Page 1 of 1