TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JERRY C. YANG
Assistant United States Attorney
Chief, Riverside Branch Office
SEAN D. PETERSON (Cal. Bar No. 274263)
Assistant United States Attorneys
Riverside Branch Office
     3403 10th Street, Suite 200
     Riverside, California 92501
     Telephone: (951) 276-6930
     Facsimile: (951) 276-6202
     E-mail:    Sean.Peterson2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD ALLEN KERR, <br><br> Defendant. | ED CR No. 21-174-JWH <br><br> ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT <br><br> **[PROPOSED] TRIAL DATE: [09-26-22]** <br><br> **[PROPOSED] STATUS CONFERENCE DATE: [09-02-22]** |

1  The Court has read and considered the Stipulation Regarding
2 Request for (1) Continuance of Trial Date and (2) Findings of
3 Excludable Time Periods Pursuant to Speedy Trial Act, filed by the
4 parties in this matter on February 1, 2022.  The Court hereby finds
5 that the Stipulation, which this Court incorporates by reference into
6 this Order, demonstrates facts that support a continuance of the
7 trial date in this matter, and provides good cause for a finding of
8 excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.
9  The Court further finds that:  (i) the ends of justice served by
10 the continuance outweigh the best interest of the public and
11 defendant in a speedy trial; (ii) failure to grant the continuance
12 would be likely to make a continuation of the proceeding impossible,
13 or result in a miscarriage of justice; and (iii) failure to grant the
14 continuance would unreasonably deny defendant continuity of counsel
15 and would deny defense counsel the reasonable time necessary for
16 effective preparation, taking into account the exercise of due
17 diligence.
18  THEREFORE, FOR GOOD CAUSE SHOWN:
19  1.  The trial in this matter is continued from February 28,
20 2022, to September 26, 2022.  The status conference hearing is
21 continued to September 2, 2022.
22  2.  The time period of February 28, 2022, to September 26,
23 2022, inclusive, is excluded in computing the time within which the
24 trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A),
25 (h)(7)(B)(i), and (B)(iv).
26  3.  Defendant shall appear in Courtroom 2 of the Federal
27 Courthouse, 3470 Twelfth Street, Riverside, California, 92501 on
28

September 2, 2022, at 2:00 p.m. and on September 26, 2022, at 9:00 a.m.

    4.   Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

    **IT IS SO ORDERED.**

February 2, 2022
DATE

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
SEAN D. PETERSON
Assistant United States Attorney