STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office
SEAN D. PETERSON (Cal. Bar No. 274263)
Assistant United States Attorneys
Riverside Branch Office
     3403 10th Street, Suite 200
     Riverside, California 92501
     Telephone: (951) 276-6930
     Facsimile: (951) 276-6202
     E-mail:    Sean.Peterson2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>RICHARD ALLEN KERR,<br><br>　　　　Defendant. | ED CR No. 21-174-JWH<br><br>STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**CURRENT TRIAL DATE:** September 26, 2022<br>**PROPOSED TRIAL DATE:** January 23, 2023 |

　　　　Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Sean D. Peterson, and defendant RICHARD ALLEN KERR ("defendant"), both individually and by and through his counsel of record, Carlos L. Juarez, hereby stipulate as follows:

　　　　1.　　The Indictment in this case was filed on August 11, 2021. Defendant first appeared before a judicial officer of the court in

1  which the charges in this case were pending on August 13, 2021.  The
2  Speedy Trial Act, 18 U.S.C. § 3161, originally required that the
3  trial commence on or before October 22, 2021.
4       2.   On August 13, 2021, the Court set a trial date of October
5  4, 2021, and a status conference date of September 17, 2021.
6       3.   The Court has previously continued the trial date in this
7  case from October 4, 2021 to September 26, 2022, and found the
8  interim period to be excluded in computing the time within which the
9  trial must commence, pursuant to the Speedy Trial Act.
10      4.   Defendant is released on bond pending trial.  The parties
11 estimate that the trial in this matter will last approximately four
12 days.
13      5.   By this stipulation, defendant moves to continue the trial
14 date to January 23, 2023, and the status conference date to December
15 16, 2022.  This is the third request for a continuance.
16      6.   Defendant requests the continuance based upon the following
17 facts, which the parties believe demonstrate good cause to support
18 the appropriate findings under the Speedy Trial Act:
19           a.   Defendant is charged with seven counts of wire fraud
20 involving deprivation of honest services, in violation of 18 U.S.C.
21 §§ 1343, 1346, and two counts of bribery concerning programs
22 receiving federal funds, in violation of 18 U.S.C. § 666(a)(1)(B).
23 The government has produced over 117,000 bates-stamped pages of
24 discovery materials to the defense, a significant portion of which is
25 subject to a protective order, which was entered in this case.  The
26 materials include investigative reports, bank records,
27 telecommunication records, audio and video recordings, and various
28 types of Adelanto City records, among other things.

      b.   Defense counsel is presently scheduled to start trial on September 20, 2022, in <u>United States v. Gamboa</u>, 13-CR-608-JAK, a one-defendant drug conspiracy case, which is estimated to last three to four days, and where defendant is in custody.

      c.   Defense counsel is presently scheduled to start trial on September 27, 2022, in <u>United States v. Osorio</u>, 21-CR-242-MWF, a one-defendant fraud case, which is estimated to last four to five days, and where defendant is in custody.

      d.   Defense counsel is presently scheduled to start trial on October 18, 2022, in <u>United States v. Keichour</u>, 20-CR-171-JVS, a multi-defendant drug and gun conspiracy case, where defendant is in custody.

      e.   Defense counsel is presently scheduled to start trial on November 8, 2022, in <u>United States v. Procopio</u>, 20-CR-191-JFW, a two-defendant fraud case, which is estimated to last six to eight days.

      f.   Accordingly, counsel represents that he will not have the time that he believes is necessary to prepare to try this case on the current trial date.

      g.   In light of the foregoing, counsel for defendant also represents that additional time is necessary to confer with defendant, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions, review the discovery and potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur. Defense counsel represents that failure to grant the continuance would deny him reasonable time

necessary for effective preparation, taking into account the exercise of due diligence.

      h.    Defendant believes that failure to grant the continuance will deny him continuity of counsel and adequate representation.

    7.    Based on all of the foregoing, for purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of September 26, 2022 to January 23, 2023, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's findings that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    8.    Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time

//
//
//

1  periods be excluded from the period within which trial must commence.
2  Moreover, the same provisions and/or other provisions of the Speedy
3  Trial Act may in the future authorize the exclusion of additional
4  time periods from the period within which trial must commence.
5       IT IS SO STIPULATED.
6  Dated: August 15, 2022              Respectfully submitted,
7                                      STEPHANIE S. CHRISTENSEN
                                       Acting United States Attorney
8
                                       SCOTT M. GARRINGER
9                                      Assistant United States Attorney
                                       Chief, Criminal Division
10
11                                            /s/
                                       SEAN D. PETERSON
12                                     Assistant United States Attorney
13                                     Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA
14
15      I am RICHARD ALLEN KERR's attorney.  I have carefully discussed
16 every part of this stipulation and the continuance of the trial date
17 with my client.  I have fully informed my client of his Speedy Trial
18 rights.  To my knowledge, my client understands those rights and
19 agrees to waive them.  I believe that my client's decision to give up
20 the right to be brought to trial earlier than January 23, 2023 is an
21 informed and voluntary one.
22
23  _____         8/19/22 _____
    CARLOS L. JUAREZ                         Date
24  Attorney for Defendant
    RICHARD ALLEN KERR
25
26      I have read this stipulation and have carefully discussed it
27 with my attorney.  I understand my Speedy Trial rights.  I
28 voluntarily agree to the continuance of the trial date, and give up

5

my right to be brought to trial earlier than January 23, 2023.  I understand that I will be ordered to appear in Courtroom 9D of the Federal Courthouse, 411 West Fourth Street, Santa Ana, California, 92701-4516 on December 16, 2022 at 2:00 p.m. and on January 23, 2023 at 9:00 a.m.

_____  
RICHARD ALLEN KERR  
Defendant

8/19/2022  
_____  
Date