UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ED CR No. 21-174-JWH |
|---|---|
| Plaintiff, | <u>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT</u> |
| v. | |
| RICHARD ALLEN KERR, | |
| Defendant. | **[PROPOSED] TRIAL DATE: [01-23-23]** |
| | **[PROPOSED] STATUS CONFERENCE DATE: [12-16-22]** |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on August 19, 2022.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.   The trial in this matter is continued from September 26, 2022, to January 23, 2023 at 9:00 a.m.  The status conference hearing is continued to December 16, 2022 at 1:00 p.m.ed

2.   The time period of September 26, 2022, to January 23, 2023, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3.   Defendant shall appear in Courtroom 9D of the Federal Courthouse, 411 West Fourth Street, Santa Ana, California, 92701-4516

on December 16, 2022, at 2:00 p.m. and on January 23, 2023, at 9:00 a.m.

  4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

  **IT IS SO ORDERED.**

August 22, 2022
DATE

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

Presented by:

 /s/
SEAN D. PETERSON
Assistant United States Attorney