**Carlos L. Juárez, Esq.**             **SBN 86196**
**Law Office of Carlos L. Juarez**
**P.O. Box 2464**
**Riverside, CA 92516**
**Phone:  (951) 742-7354**
**Fax:      (951) 742-7358**
**E-Mail:  juarezlaw52@yahoo.com**

Attorney for Defendant,
RICHARD ALLEN KERR

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>RICHARD ALLEN KERR<br><br>            Defendant, | Case No.: 5:21-CR-00174-JWH-1<br><br>**DEFENDANT RICHARD ALLEN KERR'S POSITION RE: SENTENCING FACTORS**<br><br>**DATE:  AUGUST 4, 2023**<br>**TIME:  2:00 P.M.**<br>**ESTIMATED TIME: 30 MINUTES** |

Defendant Richard Allen Kerr, through undersigned counsel, herewith submits his position regarding sentencing.

Dated: July 18, 2023          LAW OFFICES OF CARLOS L. JUAREZ
                              By /s/ Carlos L. Juarez
                              Carlos L. Juarez
                              Attorney for Defendant
                              RICHARD ALLEN KERR

## INTRODUCTION

Defendant Richard Kerr, while serving as the mayor of Adelanto, was indicted on allegations he accepted more than $57,000 in bribes and kickbacks in exchange for approving ordinances authorizing various types of commercial marijuana activity within the city, and ensuring his co-schemers obtained city licenses or permits authorizing certain commercial marijuana activities. Kerr was arrested and released on August 13, 2021, on a $30,000 appearance bond with Pretrial Supervision.

### A.    The Charges Against Kerr

A 9-count Indictment was filed on August 11, 2021, with violations of 18 USC 1343, 1346: Wire Fraud Involving Deprivation of Honest Services; 18 USC 666 (a)(1)(B): Bribery Concerning Programs Receiving Federal Funds; 18 USC 981 (a)(1)(C) and 28 USC 2461 (c): Criminal Forfeiture.

### B.    The Plea Agreement

On February 17, 2023, Kerr pled guilty to Count 3 of the Indictment. Count 3 charged that on February 28, 2017, Kerr committed wire fraud involving deprivation of honest services, in violation of 18 USC 1343 and 18 USC 1346. Pursuant to the Plea Agreement, the parties agreed to a factual basis and a base offense level of 14, pursuant to USSG 2C1.1.

### C.    The Pre-Sentence Report (PSR) and Recommendation Letter

The PSR was disclosed on April 25, 2023, and determined the base offense level to be 14 because as the Mayor of Adelanto, Kerr was a public official at the

time of the offense. An additional 2 level increase was applied as the offense involved more than one bribe or extortion. Further, an additional 6 level increase applied for the $57,500 bribe amount under USSG 2C1.1(b)(2). Then, under USSG 2C1.1(b)(3), a 4-level increase applied as Kerr was a public official in a high-level making or sensitive position. The adjusted offense level was computed at 26. As Kerr clearly demonstrated a timely acceptance of responsibility and was afforded a three-level reduction, resulting in a total offense level of 23. As this was an aberrant offense, Kerr had a criminal history score of 0, which places him in the criminal history category of I. The advisory guideline sentencing range is 46-57 months with the Probation Department recommending a variance sentence of 12 months incarceration with restitution in the sum of $57,500.

**D.**   **The Government's Position**

To date, the Government has yet to file their position with the Court.

**E.**   **The Defendant's Position**

Kerr has readily accepted responsibility for his role in this offense and is hopeful he is able to put this aberrant incident to rest and move forward with his life. The PSR's computations are correct and he agrees with their calculations. The base offense level of 14 was stipulated in the plea arrangement. The Specific Offense Characteristics call for +2 and +6 level adjustments under USSG 2C1.1(b)(1) and USSG 2C1.1(b)(2), respectively. As a high-level decision making, public official the 4-level increase is warranted and the total offense level of 26 is

appropriate. With a timely acceptance of responsibility and the 3-level application, the total offense level is 23.

As he had no criminal history points, Kerr asks for application of the proposed guideline for zero-point offenders which results in a two-level point reduction. The offense level would then be 21. As will be discussed, there are numerous 3553 factors in support of mitigation and Kerr asks for an additional 8 level variance which would result in an offense level of 13. The advisory guideline would be 12-18 months and Kerr asks for straight probation or if the Court is inclined to offer a custodial sentence, that sentence shall be home monitoring.

## Restitution

On the issue of restitution, Kerr disputes the total claim amount asserted. The issue involves monies from the Professional Lawyers Group and a personal injury advance involving Kerr and David Serrano, some of which was repaid by Kerr. At the time of sentencing, additional documents furthering his position will be provided to the Government and filed with the Court.

## 4C1.1.  Adjustment for Certain Zero-Point Offenders

Kerr respectfully asks the Court to consider the proposed Guideline amendment for certain "Zero Point Offenders."

Kerr has no criminal history and therefore finds himself in Criminal History Category I. The Sentencing Commission has proposed a Guideline amendment, a new "two level downward adjustment for certain "Zero Point Offenders." The Commission is recommending this new downward adjustment

after finding that offenders with "zero criminal history points" received higher rates of downward variances from courts nationwide than those with even a single criminal history point and had the lowest rates of recidivism.

The requirements for this proposed downward adjustment are listed.

(1)     The defendant did not receive any criminal history points from Chapter Four, Part A:

(2)     The defendant did not receive an adjustment under 3A1.4 (Terrorism);

(3)     The defendant did not use violence or credible threats of violence in connection with the offense;

(4)     The offense did not result in death or serious bodily injury;

(5)     The instant offense of conviction is not a sex offense;

(6)     The defendant did not personally cause substantial financial hardship;

(7)     The defendant did not possess, receive, purchase, transport, transfer, sell, or otherwise dispose of a firearm or other dangerous weapon (or induce another participant to do so) in connection with the offense;

(8)     The instant offense of conviction is not covered by 2H1.1 (Offenses Involving Individual Rights);

(9)     The defendant did not receive an adjustment under 3A1.1 (Hate Crime Motivation or Vulnerable Victim) or 3A1.5 (Serious Human Rights Offense): and

(10)    The defendant did not receive an adjustment under 3B1.1 (Aggravating Role) and was not engaged in a continuing criminal enterprise, as defined in 21 U.S.C. 848; decrease the offense level determined under Chapters Two and Three by 2 levels.

As such, Kerr would qualify for this downward adjustment as presently proposed. Although this new downward adjustment does not become effective until November 1, 2023, sentencing courts may still consider it as grounds for a downward variance before then. *See United States v. McMillan*, 863 F.3d 1053, 1058 (8th Cir. 2017) ("Although district courts are required to apply the guidelines in effect on the date of sentencing, they may consider pending adjustments to the guidelines") and the Court has ample discretion to apply this proposed adjustment at this time. As such, an additional two-level reduction should apply.

Kerr has been forthcoming and honest about his role in the offense, he has proffered with the Government and provided them information about the scheme he was involved in. Kerr asks for leniency and does not seek to downplay his involvement in this offense, readily accepts responsibility for his behavior, recognizes he has made a mistake and asks for significant consideration on the issues addressed, as well as the following 3553 factors.

## F.   <u>The Nature of the Offense</u>

The incident before the Court is of complete embarrassment to Kerr, it has caused great turmoil and humiliation to him and his family, both publicly and

privately. Kerr also acknowledges that he himself is to blame and readily accepts full responsibility for his poor judgment. While once well-renowned and respected in the community, he has brought his family name to shame. His personal life is nearly in shambles and he has let down those who bestowed their trust, reliance, and admiration upon him. He is deeply regretful.

Regarding the offense, between November 23, 2015, and June 18, 2018, Kerr, the then mayor of Adelanto, would receive bribes and kickbacks in the form of cash and checks from Person A, Person C, and other c-schemers with business interests in the city. Kerr and co-schemers would disguise the bribes and kickbacks as gifts, donations to a charitable fund, donations to his election campaign, or advance payments for the proceeds of planned litigation associated with a motorcycle accident; in exchange for the bribes and kickbacks, Kerr would provide favorable official action on behalf of the City to Person A, Person C, and other co-schemers with business interests in the City by authorizing various types of commercial marijuana activities, ensuring his supporters obtained the licenses or permits they sought, and interfering with enforcement activities by City officials. Kerr would not publicly disclose his financial relationship with co-schemers; and from December 2016 to April 2018, he accepted multiple payments totaling at least $57,500, in bribes and kickbacks from Person A, Person C, and other co-schemers.

## G.  **The History and Characteristics of the Defendant**

Before the Court is a 65-year-old husband, father, and grandfather to a loving and doting family. He has lived a life committed to helping others and is a proud USMC Vet, having served 21 years, as well as having been a public servant. Kerr himself grew up extremely poor and impoverished as his family struggled to make ends meet. His father was a functioning alcoholic and his parents provided the bare minimum for him. There was nothing spectacular about his upbringing and it appears his substance abuse issues and struggles were greatly influenced by his upbringing and parental influence.

Kerr is financially responsible for a significant number of people. "Kerr is married and has three children. He is also the grandfather of eight, five of which reside with him. Kerr and his wife are the sole source of support and care for his grandchildren as they have legal custody." (PSR Letter p. 5) Kerr is entirely devoted to his family and is greatly concerned what a period of incarceration would mean to their stability and foundation. "He is caring/raising five grandchildren at this time also. He has wonderful family values and raising the grandchildren to respect others and pushes them to get the best education that they can achieve. I hope we have given you a glimpse of Richard as a person, brother-in-law, father, and grandfather. Richard is in our prayers as he is needed in his family and for so many other people within our community."

**(Attachment "A", Letter from Jack and Janet Epperson)**

Sadly, his children, much like his own father and himself, were dealt the disease of substance abuse. To Kerr's benefit, he is fully aware that he is in recovery and attends Alcoholic Anonymous classes to this date. "Kerr attended Miramar Rehabilitation Center in Laguna Beach, California. He is currently attending alcoholic anonymous meetings and is open to future substance abuse treatment." (PSR, p. 17)

Kerr further believes his existing substance abuse and mental health issues greatly factored into his poor decision to breach the trust of the community and participate in this offense. "Kerr reports that at the time of the instant offense, he was using opiates and was not in his right mind." (PSR, p. 17) Kerr was diagnosed with PTSD roughly two years ago, even though he displayed symptoms going back to 1985 he was too proud and "selfish" to acknowledge his issue and seek medical help or assistance. "Kerr is currently receiving treatment from the United States Department of Veteran Affairs in Loma Linda, California." (PSR, p.16) Kerr believes that he was self-medicating with alcohol and other substances to calm his nerves and relieve his anxiety. At times, he was suicidal and ashamed to be forthcoming and honest about his issues. He is obviously in a much better place now and has relied on family support and self-realization to take the leap of faith.

His doctor further offers a positive assessment and acknowledgment of the man Kerr truly is and the steps he is taking to heal himself. 'Mr. Kerr is a Veteran with the United States Military who is currently being treated through the

Veterans Healthcare Administration for multiple maladies, many of which have
been caused or exacerbated by the time he has served as a member of the armed
forces. During his time as a veteran, he has been treated for both his physical and
mental health diagnosis' often involving significant medical and psychiatric
procedures, for which he has been an exemplary patient that seeks only to find
ways to manage and live with his illnesses. It has been my pleasure to work with
Mr. Kerr as he appears to be a man of good character that I have very much
enjoyed working with and will continue to do so.' **(Attachment "B", Letter
from Renee L. Marquez, DNP.MSN.PMHNP-BC)**

His biggest fear is now abandoning his family and leaving them without
proper financial support and assistance. He has always been there for his
children and grandchildren and takes great pride and joy in the job he and his
wife are doing rearing his grandchildren. As noted in the attached supporting
letters from his children and grandchildren, he is extremely active in their
upbringing. He is the actual parent to the grandchildren and provides medical
care, academic support, and emotional and physical strength to his tribe.
**(Attachment "C", Letters of Support from Children/Grandchildren)**

"In mitigation, Kerr is 65 years old and he and his wife are the sole source
and support for 5 of their grandchildren, who they have custody of. Kerr noted
that without him around, his wife will have a very difficult time taking care of
their grandchildren." (PSR, Letter p. 6) While he has an extended family to
support, he also has serious medical ailments that are quite concerning. He has

emphysema and chronic pulmonary disease, is awaiting knee replacement surgery, and currently cares for his wife as she herself is set to have heart surgery. "My health is a little off, I have stents in my heart and a prolapse bladder which both need surgery but I am putting it off till we see what happens with Rich. The grandchildren will need him at home during my procedures and for my recovery time." **(Attachment "D", Letter from Mistey Kerr)** His immediate family and extended brood are his primary concerns. He knows he has done wrong and fears that a period of incarceration would financially destroy his family and leave his grandchildren without an able-bodied parent in the home.

His primary focus is and always has been his family and his community. He is hopeful that his lifetime and reputation is not defined by the series of events of this case and has always prided himself on being an upstanding and honest man. "As a Marine, Richard exemplified the core values of honor, courage, and commitment. His dedication to these principles extended well beyond his military service, as he carried them with him throughout his life. He has always been willing to go above and beyond to help those in need, and I have witnessed his selflessness and integrity firsthand. During his tenure as Mayor of Adelanto, Richard was instrumental in implementing various community initiatives and programs aimed at improving the quality of life for the city's residents. He worked tirelessly to ensure that Adelanto was a safe, prosperous, and thriving community. Richard was accessible to the people he represented, listening to

their concerns, and addressing their needs with empathy and understanding."

**(Attachment "E", Letter from Robert Calkin)**

Once a marine, always a marine, and he stands tall and proud of his lifelong resume up until this aberrant point in his life. He admits greed, influence, and shortsightedness all contributed to his role in the offense. Absolute power corrupted him absolutely and he now lives in shame and recluse, still reeling from the series of mistakes and choices he made as the Mayor of Adelanto.

### H. **Needs of Society**

The goals of sentencing serve to meet societal needs in the aspects of punishment and deterrence. Kerr has been extremely forthcoming and honest about his role in this offense. He understands and recognizes he made a series of selfish and poor decisions. Kerr also readily accepts his substance abuse issues factored heavily into his conduct. As noted, he accepts this and has been receiving assistance and guidance to overcome his demons. He has significant responsibilities and many people rely on him for financial and emotional support. This is an aberrant offense which is reflected in his lack of a criminal history. The Court should be mindful that Kerr has lived an honorable and productive life up until this offense. He has grown spiritually and is eager to move on from this incident and specifically, to make amends to those affected. These factors should be looked at with adequate consideration at the time of sentencing. Kerr is not a

burden to society and will continue to contribute accordingly as a law-abiding citizen upon judgment. He deserves a second chance at a new beginning.

## I.  **Just Punishment**

The punishment will undoubtedly fit the crime in this case. Kerr lacks criminal history points and had been an upstanding public servant, citizen, and Marine for a large duration of his life. The likelihood of reoffending does not exist. The punishment of probation or home confinement will be sufficient to satisfy the needs of sentencing. The PSR properly identifies issues in mitigation which should be considered at the time of sentencing. "In mitigation, Kerr has a long history of gainful employment and honorable service in the USMC. Further, outside of the instant offense, Kerr has lived a mostly law-abiding life; and he has complied fully with all conditions of pretrial release." (PSR Letter, p.6)

Kerr further asks the Court to be mindful that he also suffers from serious medical conditions and ailments aggravated by stress and anxiety. While dealing with the PTSD resulting from his extensive and accomplished military career, he also takes Diazepam and Duloxetine for related conditions. He is not a young man by any means and his physical body is peppered with bullet scars, fragments, and old knife wounds suffered during his time in battle. Kerr has lived quite the life and respectfully asks for adequate consideration where the good significantly outweighs the bad choices he has admittedly made.

**J.    Respect For The Law**

Kerr is a proud American, Marine Corp vet, and former public official. He had lived his life as a law-abiding, contributing member of society for several decades, serving his country and community quite extensively. Even with this tarnish on his record, he is held in high regard with former co-workers, constituents, and associates. "I worked closely with the Council and Mayor Rich Kerr in particular with his being the spokesperson for the Council as elected Mayor. I did not know Mayor Kerr prior to working for the city but I soon discovered that it was his mission to promote the positives about Adelanto, specifically what the city was doing to better serve its residents. I'm writing this letter just in case there's a perception that he only cared about himself, not true. He cherished his role of Mayor and took the responsibilities seriously. He was (is) a devoted husband and father, particularly grandfather while raising his grandchildren. I enjoyed working around Mayor Kerr; he always supported and trusted my judgment regarding media matters, he supported and trusted my judgment when I wrote news releases and/or speeches for him. I was surprised to see him defeated after one-term, but I hope that his legacy will be that he did work tirelessly to help improve the quality of life for Adelanto's residents and businesses. **(Attachment "F", Letter from Michael Stevens)**

He has been fully compliant under pretrial supervision and forthcoming about his role in the offense. He is regretful for his poor decisions and looks forward to making amends with his family, peers, and immediate community.

His peer group of parishioners, neighbors and friends vow to continue to support him and offer their support. **(See Attachment "G", Letters from Friends/Associates in Support)** As noted, they are extremely supportive of him to this day, his social circle of supporters continues to be there for him and he will be reliant on this type of support upon judgment.

### K.  <u>Adequate Deterrence</u>

Kerr has learned from this mistake, the lifestyle he was living has taken its toll on him and he is eager to start anew. A correlation exists between criminality, and lack of education and vocational training and experience. In this case, this bodes extremely well for Kerr and he will not reoffend and will be deterred from future criminal conduct.

Kerr has significant educational, vocational, and special skills. As noted in the PSR, Educational, Vocational and Special Skills section, he has significant military and communications training, and was honorably discharged. As such, he has significant business and social ties to the community. His employment record is remarkable as well, he has been the C.E.O. of business ventures, obviously the Mayor of Adelanto, worked at the Pentagon in a Supervisory role, worked for Motorola in a leadership capacity, and admirably served his country for over two decades. This work experience and his leadership qualities weigh heavily in his favor of rehabilitation.

# CONCLUSION

For these reasons, Kerr asks for a reasonable and just sentence of straight probation. In the alternative, a period of home confinement of 12 months is sufficient to satisfy the needs of sentencing in this case.

Respectfully submitted,

Dated: <u>July 18, 2023</u>          LAW OFFICES OF CARLOS L. JUAREZ
                                     By<u>/s/ Carlos L. Juarez</u>
                                     Carlos L. Juarez
                                     Attorney for Defendant
                                     RICHARD ALLEN KERR

# ATTACHMENT "A"; LETTER FROM JACK AND JANET EPPERSON

Honorable John W. Holcomb,


Re: Richard A. Kerr


Richard is our brother-in-law and foamier mayor of Adelanto. We want to express to you some of our thoughts on knowing Richard for the last 37 years. First off Richard is a great family man and is a retired United States Marine (22 years of service to our country) who has taken care of family members in his home, Virginia LoMonaco, being my mother/mother-in-law until her death and also Sal LoMonaco being my father/father-in-law until his death (100 years old). He also to care of my brother/brother-in-law Walter Peever until his untimely death in 2019. He is caring/raising five grandchildren at this time also. He has wonderful family values and raising the grandchildren to respect other and pushes them to get the best education that they can achieve.

There has been many things he and Mistey have done for me and my wife, like bought and installed ceiling fan when ours went out, bought wood for the fire place so we could stay warm for the winter, bought groceries to make sure we had enough food to survive, and paid for AC car repair so that I could breathe since I have bad COPD. Other kind gesture he does is helping the homeless street people with food or cash. As Mayor he did many many food share for the needy in Adelanto as well as the surrounding. He started the motorcycle races again in Adelanto as well as rodeo's and senior events/programs

I hope we have given you a glimpse of Richard as a person, brother-in-law, father and grandfather. Richard is in our prayers as he is needed in his family and for so many other people within our community.



Sincerely


Jack and Janet Epperson

# ATTACHMENT "B"; LETTER FROM RENEE L. MARQUEZ, DNP.MSN.PMHNP-BC)

 **VA** | U.S. Department of Veterans Affairs

VA Loma Linda Healthcare System
11201 Benton Street
Loma Linda, CA 92357
(800) 741-8387 - (909) 825-7084 www.lomalinda.va.gov

In Reply Refer To:
KERR, RICHARD A; xxx-xx-7734

Date of Birth: JUL 13, 1957

August 19, 2022

To: Veterans Administration

KERR, RICHARD, is a Veteran with the United States Military who is currently being treated through the Veterans Healthcare Administration for multiple maladies, many of which have been caused or exacerbated by the time he has served as a member of the armed forces.

Mr. Kerr has been my patient for the last 2 years but has been a pt. with the Veterans Healthcare Administration for an extensive period. During his time as a veteran he has been treated for both his physical and mental health diagnosis's often involving significant medical and psychiatric procedures, for which he has been an exemplary patient that seeks only to find ways to manage and live with his illnesses. He has been compliant to maintenance of attending his appointment and abiding by the recommendations and suggestions by his medical team with no complaints or animosity while always appearing to be in good spirts. It has been my pleasure to work with Mr. Kerr as he appears to be a man of good character that I have very much enjoyed working with and will continue to do so.

He has come to the Department of Veterans Affairs, Victorville Community Based Outpatient Clinic requesting a dire need letter to assist with the pending outcome of his court case. If you have concerns that are not fully addressed or understood please contact me at (760) 851-2599.

Thank you for your cooperation in extending the best possible benefits for this veteran patient.

Sincerely,

Renee L. Marquez, DNP. MSN. PMHNP-BC
Renee.Marquez@va.gov
License# 95007964

# ATTACHMENT "C"; LETTERS OF SUPPORT FROM CHILDREN/GRANDCHILDREN

2-19-2023

The Honorable Judge

Re: Richard Kerr

My name is Alyssa Smith, 21 years old, living in Arizona and going to college full time. I am writing on behalf of Richard Kerr, whom I have known my entire life, as his granddaughter. At the age of 3 years old Richard Kerr and Mistey Kerr took on the role as my primary care giver. I have known Richard Kerr to be responsable person of good character. As a reliable member of the community who has partaken in many events for the Adeleanto community and individual living in the home the charges of Richard Kerr were quite unexpected.

Richard Kerr is valiant, considerate, and a kind-hearted person. The years of 2014-2018 my grandfather was elected mayor of Adelanto. During his time as mayor many events were put on for the residents of Adelanto. It started with foodshares, Richard Kerr put on a Thanksgiving foodshare, Easter food share, Christmas food share, and a food share in El Mirage. At these food shares there was candy being purchased, easter baskets, food being handed out at the food drive, plastic bags, toys for kids, pizza for the volunteers, volunteers making hot dogs served with drinks and chips, and so much more. Richard Kerr came up with the concept of bringing the rodeo to the High Desert which took place at the Adelanto stadium 3 years in a row. At these rodeos you had the full shabang just like the Sherriffe Rodeos from big bleachers, t-shirts for volunteers, tractor for grading, dirt, bulls, horses, sheep, calves, food trucks, etc. During his time as mayor Richard Kerr also brought back the fan favorite of the High Desert the Adelanto Grand Prix except bigger and better. Richard Kerr also put trunk or treat events during Halloween. The Adelanto Christmas parade, Adelanto Christmas tree lighting, movies in the park during summer. As his timer served as Mayor his work ethic has been obliterate. Richard

Kerr did the most for Adelanto by trying to get all residents involved, create safe/ fun enviroment for all families.

During Richard Kerr's time as mayor he also helped our neighborhood with helping residents pay water bills, electric bills, books for schooling, helped those in need of a vehicle, helped those who did not have money to put food on the table. Every month if not more he would go around the city and clean up the desert that was full of trash, mattresses, tires, etc.

Just these few things I have shared shows Richard Kerr's true character. He wanted nothing but the best for the city and to actually make a name for Adelanto where people would be proud to be a Adelanto resident.

Sincerely,

Alyssa Smith

Macayla Reeves

14960 Daisy Rd

Adelanto, CA 92301


March 21, 2023


RE: Richard Kerr


To: The Honorable Judge

I have known Richard Kerr as my grandfather and family member for over eighteen years. He has always been the rock for his family, community, and country. It is for this reason; I am honored to write a letter on behalf of Mr. Richard Kerr. I hope the court will read this letter and see the man sitting before you for who he is, a gracious man.

Grandpa Rich has always been an asset and support within our family. Since childhood, he has shown me unconditional love and support as his grandchild. Although I am not biologically related to him, he has never made me question or think twice about his love for me. Grandpa Rich has always been there for me, specifically in my grandmother's passing. My father was deployed, and my mother had lost her mother. He made it a point to show me that I was not alone and stepped in as the male figure during this time. It was at this point; I realized the true meaning of family. Grandpa stepped in to support, care for, and love us during significant loss with no expectations. He has proven countless times to be a man of his word and a good friend.

In addition to his family, grandpa has been a participating and upstanding member of our community. He has put forth much effort in bettering a society that once was divided. As a member of this population, my grandfather excelled in making this city safe and sound for all. He ensured all community members were heard and recognized as the sole leaders of their households. Grandpa Rich even went as far as to help those less fortunate by organizing food drives, monthly clean-up events, and bringing the community together as one. He also created community-based events for all to enjoy peaceful moments with their loved ones. My grandfather led the community to give back and physically and mentally poured himself into this city. He wanted all to be proud

of where they lived and feel heard amongst those in a higher power. For this reason, I believe that my grandfather is nothing less than an honest, honorable man.

I sincerely hope the court will consider this letter at the time of review. Despite the circumstances, my grandfather is a valuable individual that his family and grandchildren need as we go through this life. In addition, he is a noble member of our community and, lastly, a great man.


Sincerely,

*Macayla Reeves*

Macayla Reeves

Your Honor,

My name is Faith Eller, I am 8 years and I am Richard Kerr's granddaughter. He is the best Gpa in the world and I would be very very sad if something was to happened to him. He and my grandma helps me with my homework, I am home schooled and it is a lot of work for them both to make sure me , my brother and my two cousins get our work done on time. They make sure we get to school every week.   He has raised me since birth. They love us bunches.

I love my Gpa Richard Kerr, please keep him home with us. We all depend on him a lot.

Thank you

Faith Eller

Your Honor,

Hello, my name is Hunter Henderson. Richard Kerr is my grandfather and when I was three years old I was diagnosed with Type 1 diabetes. I was in the hospital in Loma Linda for 10 days and my grandpa (Richard Kerr) was next to me the entire time. He and my grandma have been taking care of me for the last sixteen years. My grandpa makes sure I get my insulin an insures I check my blood sugar. He is on me all the time about sneaking snacks and not letting him know. I have only had to be in the hospital tow time after being diagnosed, they were both this year due to the flew and it hit my system very hard. Both times my grandpa never left my side and spent the days and nights with me until I was able to come home.

My grandpa is the sole provider and helps take care of my sister and my two cousins. He is the main person to insure I stay on top of my diabetes and is always on me to check my blood and makes most of my shots for me. When I am going through depressing times due to having diabetes, he is the one who talks with me and makes me feel better. To summarize, Richard Kerr is the main person in my life that insures I do what I need to do to control this illness.

Thank you Sir

Hunter Henderson

Your Honor,

    My name is Michelle Henderson, I am 8 years old. I have lived with my grandfather and grandmother since I was born. My grandfather takes me to school and helps me with my homework, My brother, cousins and I are home schooled. We all live together and my grand parents have custody of us all. My grand father is a good man and takes care of all of us. We need him to be around to help us grow and lead a good life.

                        Thank you Sir

                        Michelle Henderson

Your honor, My name is Dakota Jones and i am writing this note about how great my grandpa is,
my grandpa and I are not blood related but he's always treated me like his own, he teaches me
how to be a man and things men need to do, he helps me with homework, supports me anytime
and with anything, he provides for a family of 6 at 66 years of age and will do anything for his
family no matter what, he has been my only father figure growing up and i will always look up to
him. He's a great man and a lot of people will agree.

# ATTACHMENT "D"; LETTER FROM MISTEY KERR

Your Honor.

My name is Mistey Kerr, wife of Richard Kerr. We have been
married since 1984, we have lived in Japan, Hawaii, North Carolina.
While in North Carolina Rich coached Pop Warner football, he was
devoted to helping our youth, When he retired in 1995 from the United
States Marine Corps We had a very nice home in N.C, we moved my
parents to N.C. to live with us. At the time my mom was very sick and
we did not want her to stress about bills, not enough money to
survive, etc, In 1996 my mom became very very ill, close to death and
I heard her tell the doctor she just wanted to get strong enough to
move back to California, Rich and I talked about it and the next day
put our home on the market, it sold in a week. We now needed to find
a home for all of us in California. My sisters were very supportive,
they found a 5 bedroom house for us to buy. We flew my mom back,
Rich job transferred him to Orange County, Ca.

We have lived in Adelanto, Ca since Aug of 1996. We watched
our city go up and down. Our neighbor struggle paying water, electric
or having enough food in their house for them and their children.
Richard would always step in to help. I was proud of him, he cared for
others.

In 2005 our oldest granddaughter came to live with us, she was 3
years old, we did not hesitate to take her in as ours. In 2007 our oldest
grandson was born and lived with su ever since. In 2010 he (Hunter)
got really sick and was diagnosed withType 1 diabetes, he was in a
fight for his life! GOD blessed us with being able to raise Hunter. In
2019 of July we were blessed again with Dakota and Faith, we have
guardianship of both along with Michelle since her birth in 2015. We
are raising all five of our grandchildren. We home school 2 in 10th
grade, one in 3rd grade and the other in 2nd grade. I could not do it
without Richard's help. It is not very easy, we get frustrated but we do
it together for the grandchildren's education.

I have not worked since 2007 due the the responsibilities of
raising the grandchildren. Rich is the sole financial/income. If we have
no income we will loose everything! Rich has always been involved

one way or another with the children. Alyssa-cheer, dance, ABS, sports medicine in school, so there was a lot of volunteering, Rich watches the younger ones at the park everyday for me. Both the boys are driving and learning, he spends time with them teaching and educating them to be responsible young men. He has more patients than me.

My health is little off, I have stents in my heart and a prolapse bladder which both need surgery but I am putting it off till we see what happens with Rich. The grandchildren will need him at home during my proceeders and for my recover time.

While Rich was Mayor we started a lot of firsts for our city, Movies in the park, Mayor's food share for Thanksgiving, Christmas food shares as well as toy giveaways, for easter food shares and easter baskets and had easter bunny handing them out and Halloween truck or treat. There is and was a great need to help our comunity. The Grand Prix was brought back and we a great thing for the people of the high desert. There was a need for a Rodeo in the high desert so Rich organized the event and it was a great success, Rich has always been 100% into family and helping others.

In closing, I ask please see all the good he has done and how important and needed he is in our family!


Thank you


Mistey Kerr

# ATTACHMENT "E"; LETTER FROM ROBERT CALKIN

May 10, 2023


The Honorable Judge John J. Holcomb
Ronald Reagan Federal Building
411 W. 4th Street Suite 4170
Santa Ana, California 92701

**Re: Sentencing of Richard Kerr**

Dear Judge Holcombe,

My name is Robert Calkin, and I am writing this letter to express my unwavering support for Richard Kerr, who is scheduled for sentencing in May 2023. I have had the privilege of knowing Richard for over 10 years, and I have always known him to be an upstanding citizen and a person of exceptional character. As a Marine and the former Mayor of Adelanto, Richard has demonstrated his commitment to serving his community and his country.

As a Marine, Richard exemplified the core values of honor, courage, and commitment. His dedication to these principles extended well beyond his military service, as he carried them with him throughout his life. He has always been willing to go above and beyond to help those in need, and I have witnessed his selflessness and integrity firsthand.

During his tenure as Mayor of Adelanto, Richard was instrumental in implementing various community initiatives and programs aimed at improving the quality of life for the city's residents. He worked tirelessly to ensure that Adelanto was a safe, prosperous, and thriving community. Richard was accessible to the people he represented, listening to their concerns, and addressing their needs with empathy and understanding.

I am aware of the charges that have been brought against Richard in this federal case. I understand the seriousness of the allegations, but I am also confident that the person I know – Richard Kerr who has shown unwavering dedication to his community and country – deserves the consideration of the court in this matter.

I humbly request that the court consider Richard's long history of service, his character, and the positive impact he has had on countless lives when determining his sentence. I sincerely believe that Richard is not a threat to society, and I am convinced that he can continue to make a positive difference in the lives of others, given the opportunity.

In conclusion, I respectfully request that you consider the full scope of Richard's life, achievements, and dedication to service when making your decision. I believe that he is deserving of leniency and that any jail time would be detrimental not only to Richard but also to those who have come to rely on his support, guidance, and leadership.

Thank you for your time and consideration.

Sincerely,


Robert Calkin
14256 Palm Court
Adelanto, CA 92301
bob@pentasystem.com
(818) 515-7600

# ATTACHMENT "F"; LETTER FROM MICHAEL STEVENS

## LETTER OF REFERENCE—FOR RICHARD KERR

I started as part-time (20-hours per month) Public Information Officer for the City of Adelanto in January, 2016—the first ever hired by the city—and hired to communicate with the media and general public about programs and projects the city had undertaken.

Prior to my hiring, the media—without a representative to whom to turn and learn about city programs and projects, only negative stories were published.

I worked closely with the Council and Mayor Rich Kerr in particular with his being the spokesperson for the Council as elected Mayor. I did not know Mayor Kerr prior to working for the city (and did only one other Councilmember), but I soon discovered that it was his mission to promote the positives about Adelanto, specifically what the city was doing to better serve it residents.

In cooperation with his colleagues, Mayor Kerr worked tirelessly to address a myriad of community concerns from addressing crime, lack of parks, community image/appearance.  He was instrumental arranging food giveaways, supporting a variety of nonprofit organizations to ensure their survival, resurrecting minor league baseball at the city's stadium, bringing in an event coordinator to arrange activities at the stadium, and overall becoming the city's biggest "cheerleader" throughout our High Desert region.  His chief mission—which he reiterated often—was to bring business to Adelanto and help create jobs…and that he did!

Whereas before Adelanto was seen as a "loner" throughout the High Desert, Mayor Kerr made sure that Adelanto had a "voice" in High Desert matters…I know because of my (at the time) 41-year tenure in the High Desert and actively involved in civic and governmental affairs (which was a big reason why I was hired).  The city's minor league baseball team in 1990 was first named the Mavericks—because "Mavericks" was the reputation the city had established.

I've worked full-time in city, county, Special Districts and federal governments and had the pleasure of working with elected officials at all levels; Mayor Kerr brought a level of energy and commitment to his community that was rare.

He was sometimes criticized for being too "hands-on," but I saw from the inside his undying desire to improve the quality of life for Adelanto residents. Being new to politics, I believe that at times Mayor Kerr may have been overly optimistic about what he/Adelanto could do, but there was no questioning his motivation.

I'm writing this letter just in case there's a perception that he only cared about himself, not true.  He cherished his role and Mayor and took the responsibilities seriously. He was (is) a devoted husband and father, particularly grandfather while raising his grandchildren.  I enjoyed working around Mayor Kerr; he always supported and trusted my judgment regarding media matters, he supported and trusted my judgment when I wrote news releases and/or speeches for him.

I was surprised to see him defeated after one-term, but I hope that his legacy will be that he did work tirelessly to help improve the quality of life for Adelanto's residents and businesses.


Michael Stevens
Former Public Information Officer
January 2016—January 2019

# ATTACHMENT "G"; LETTERS FROM FRIENDS/ASSOCIATES IN SUPPORT



**16572 Warwick St**
**Victorville, CA  92395**
**(760) 953-7944**
**CurbsideCC@gmail.com**

May 14, 2023

RE: Character Letter for Rich Kerr

To whom it may concern;

I Abel Razo, Pastor of Curbside Community Center have known Rich Kerr for about 4 years. During that time Mr. Kerr has been a blessing to Curbside by donating his time and involving himself with the community in which we serve. Mr. Kerr has helped us for many years during Christmas and other holidays passing out bags of food, toys and clothes in our community.  Mr. Kerr has not only donated his time but has also donated money as well. He is always there to lend that helping hand and/or support that we need.

It is my hope that this letter regarding Rich Kerr will act as a positive and contributing factor as to his character.

Please contact me with any questions you may have.

Respectfully,

Abel Razo

*Abel Razo*

CEO/Director

From: Kimberly Reeves
        14960 Daisy Rd
        Adelanto Ca 92301

Cell: (760) 887-9616
Bus: (909) 888-1120

Reference: Richard Kerr


Dear Honorable Judge,

Thank you for allowing me the opportunity to speak on behalf of my long time friend Richard
Kerr. I have known Rich for over 21 years as a friend,  Marine, community leader, and most
importantly, part of my extended family.

Rich has been helping our community for as long as I have known him. Shortly after 9/11 Rich
and his family arranged what was called "Support our troops" this was. community gathering at
the local park where kids, veterans and neighbors gathered to honor men & women in uniform.
He understood the community was in fear and as a retired veteran Rich gave everyone a sense of
unity. By the end of the week every home had a flag flying in support of our nation. Prior to Rich
taking public office, Rich was working with the current community leaders to clean up our
streets, parks and provide a safe place for kids to go after school proving once again how much
he cares about people and the environment we live in. Rich brought Burrtec industries into the
community and together they began cleaning up the surrounding desert. Rich was also
instrumental in the organization of food drives to feed the less fortunate families during the
difficult holiday season. He worked with Swapping Momma and together they brought children
clothing, school supplies and backpacks. He worked many tireless hours to make this happen and
many other incredible projects which he started still exist today. Even now Rich is available to
offer a helping hand when needed. Rich is a compassionate man who genuinely care about the
less fortunate. Even now hungry children stop at his home to ask for a snack and a bottle of water
and he is happy to provide this and so much more. These are kids whose parents don't have the
means to do so and it doesn't stop there.

Rich is a devoted grandfather who took in and is currently raising 4 of his grandchildren. Young
kids who without him will lose the only father figure they have. My family has been blessed by
Rich's genuine kindness. When my parents died at a very young age, we had no family. My
spouse was deployed overseas which left my daughter and I completely alone. Because of Rich's
motto to never leave a Marine family behind, my daughter had someone to attend grandparents
day at school. He was there when the fence blew down and the garage door wouldn't open.

When I became too sick to care for my daughter, Rich & Mistey immediately offered to help. This is the Rich I want the court to know. He is a man who opens his heart and home to those in need and my family.  He gave my daughter the priceless gift of a grandfather who loves her like his own. A family!

What I ask the court to consider is that Richard Kerr has gone through life doing what he could to better the lives of others. I hope my letter helps you gain some insight as to the man who sits before you. He is much more than the indiscretions the court resides over. Rich is a man who honorably served our country, community and family.

Again thank you for taking the time to consider my letter. Should you have any questions please do not hesitate to contact me at the number listed.

Respectfully,

Kimberly J Reeves



**From the Desk of Matthew W. Armenta**
**6551 Nielsen Way Golden Valley, AZ. 86413**
**PH: 760-686-4187**
**Email: jrrepoman@gmail.com**

*Dear Sirs/Madams,*

*I am writing this letter on behalf of Richard Kerr to contest as a witness of his character.
I have known Mr. Kerr and his family for about 12 years both professionally and as a
family friend. During this time I have witnessed Mr. Kerr in multiple different settings
both with his family and as the Major for the City of Adelanto, CA. Mr. Kerr cares deeply
for his family and works hard to make sure his family is well taken care of. Both Mr. Kerr
and his wife< Mrs. Kerr has always taken care of their 5 grandkids for years, making
sure that they have a safe family environment to live in and supporting their grandkids
due to the grandkids parents' mistakes that have made in their lives. My daughter and
myself have always felt welcome by the Kerr's in their lives. On a professional basis, I
have had the honor to work with Mr. Kerr while he was Major for the City of Adelanto, as
I volunteered side by side with Mr. Kerr for multiple city functions like the Adelanto
Rodeo and the Adelanto Grand Prix. I have witnessed how Mr. Kerr was professional
with all that he encountered during these events and saw how much he cared for the
townspeople and kids. He treated everyone like family in a very professional way. Mr.
Kerr has always been professional both in his private life, business and for the City,
giving the shirt off his back for anyone that had the honor to be apart of his and his
family's lives.*

*In short, I would like to make the recommendation that leniency is granted to to Mr. Kerr,
so that he can continue to be the provider for his wife, kids and grandchildren. Please
take this letter into consideration on Mr. Kerr's behalf. Please feel free to contact me if
you have any questions.*

*Respectfully,*

*Matthew W. Armenta*



July 17, 2023


Carla McKernie
18407 Bainbrook Ct.
Cerritos, Calif. 90703


Honorable John W. Holcomb
Ronald Regan Federal Building
411 W. 4th St.
Suite 4170
Santa Ana, Calif. 92701                    Re: Case/Docket No.
                                            21-00174-JWH


Honorable John W. Holcomb:

My name is Carla McKernie and I am the sister-in-law of Richard Allen Kerr.  I'm now retired after 38 years of service as a Superior Court Manager of the Clerk's office at Bellflower Superior Court Los Angeles County.

I have known Richard for over 38 years since the marriage to my sister Mistey Ann Kerr on April 9, 1985.  He has been a part of our family for all these years, he is a kind, caring, loyal individual.

The majority of his marriage to Mistey he has helped raised two step-children, Aaron who is now 47 years old and Teri who is 41 years old.  They have one daughter together Tami who is 36 years old.  Richard is such a kind human being that he opened his home to his in-laws, my parents until their death.

Richard helped with a great deal of the extensive care to our Father whom became totally disabled due to old age.  During my visits to their home Richard performed many duties that a professional care giver extended to patients. Richard's compassion is a complete asset to my entire family.  Not only did my parents live in their home, my younger brother Walter who had a mental disorder lived with my sister's family for years.  Walter was so sweet and kind and everybody loved him, Richard and Mistey were able to tolerate Walter's mood swings with a great deal of patience.  As a family, we've been so fortunate to have Richard in all our lives.

Richard became Mayor of Adelanto on November 10, 2014, during his Mayor ship, Richard organized many wonderful programs for the City of Adelanto.  Just to mention a few; November 2015 was the Cities first food share drive. Under his Supervision the city

of Adelanto food share drive committee organized many more: Thanksgiving and Easter food drives were organized for the following years 2016, 2017 and 2018. He received a great deal of praise from the community as well as the staff.

After Richards Mayor ship ended so did all the food share drives which effected many unfortunate residences within the city and even the surrounding cities.  I live in the city of Cerritos and my community leaders have never put out the energy or the effort that Richard did for his community.

Richard worked hard to bring back Adelanto's Rodeo for the following years of 2016, 2017 and 2018 his skills in organizing is outstanding, probably from his tenure in the Marine's. I remember speaking to numerous participants attending the Rodeo and not one negative word was spoken. I personally attended and assisted as much as I could.

I pray that the Court will be merciful, he truly is a kind, caring individual. He has a lot of family members that truly depend on him.

If you have any further questions, please do not hesitate to contact me at (562) 404-6679.

Thank you,


Carla McKernie