E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
SEAN D. PETERSON (Cal. Bar No. 274263)
Assistant United States Attorney
Riverside Branch Office
    3403 10th Street, Suite 200
    Riverside, California 92501
    Telephone: (951) 276-6930
    Facsimile: (951) 276-6202
    E-mail:    sean.peterson2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ED CR No. 21-174-JWH |
|---|---|
| Plaintiff, | ADDENDUM TO PLEA AGREEMENT FOR DEFENDANT RICHARD ALLEN KERR |
| v. | |
| RICHARD ALLEN KERR, | |
| Defendant. | |

1.   This constitutes an addendum to the plea agreement between RICHARD ALLEN KERR ("defendant") and the United States Attorney's Office for the Central District of California ("the USAO") in connection with this case.  This addendum, like the original agreement, is limited to the USAO and cannot bind any other federal, state, local, or foreign prosecuting, enforcement, administrative, or regulatory authority.

SENTENCING FACTORS

2. Because:

   a. The United States Sentencing Commission has proposed that U.S.S.G. § 4C1.1 be added to the Sentencing Guidelines;

   b. The proposed U.S.S.G. § 4C1.1 would decrease a defendant's total Sentencing Guidelines offense level by two levels if he has zero criminal history points and satisfies ten other enumerated criteria;

   c. Such an addition is anticipated to become effective on November 1, 2023 -- subsequent to defendant's current sentencing date; and

   d. The parties agree that the proposed U.S.S.G. § 4C1.1 would be applicable to defendant if it was in effect when defendant is sentenced; therefore

   e. The government will recommend a two-level downward variance to defendant's Sentencing Guidelines range based on the factors set forth in 18 U.S.C. § 3553(a).

3. If the district court grants the two-level variance described herein, defendant knowingly and intentionally gives up any right to seek a further reduced sentence -- via direct appeal, motion (including under 18 U.S.C. § 3582(c)), or collateral attack -- based on U.S.S.G. § 4C1.1 or any comparable two-level Sentencing Guidelines reduction for offenders with zero criminal history points.

4. This addendum does not modify the parties' agreement regarding the Sentencing Guidelines calculations in paragraph 15 of the original plea agreement.

PLEA AGREEMENT ADDENDUM PART OF THE GUILTY PLEA HEARING

5. The parties agree that this addendum will be considered part of the record of defendant's guilty plea hearing as if the entire addendum had been read into the record of the proceeding.

AGREED AND ACCEPTED

UNITED STATES ATTORNEY'S OFFICE
FOR THE CENTRAL DISTRICT OF
CALIFORNIA

E. MARTIN ESTRADA
United States Attorney

/s/ SEAN D. PETERSON                08/03/2023
SEAN D. PETERSON                    Date
Assistant United States Attorney

/s/ RICHARD ALLEN KERR               3 AUG 23
RICHARD ALLEN KERR                   Date
Defendant

/s/ CARLOS L. JUAREZ                 8/3/2023
CARLOS L. JUAREZ                     Date
Attorney for Defendant RICHARD
ALLEN KERR

CERTIFICATION OF DEFENDANT

I have read this addendum in its entirety. I have had enough time to review and consider this addendum, and I have carefully and thoroughly discussed every part of it with my attorney. I understand the terms of this addendum, and I voluntarily agree to those terms.

/s/ RICHARD ALLEN KERR               3 AUG 23
RICHARD ALLEN KERR                   Date
Defendant



## CERTIFICATION OF DEFENDANT'S ATTORNEY

I am RICHARD ALLEN KERR's attorney. I have carefully and thoroughly discussed every part of this addendum with my client. Further, I have fully advised my client of the consequences of entering into this addendum. To my knowledge, my client's decision to enter into this addendum is an informed and voluntary one.

_____        8/3/2023
CARLOS L. JUAREZ                                 Date
Attorney for Defendant RICHARD
ALLEN KERR

4